IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BRIAN SMITH, individually and as an heir and personal representative of the estates of Mary Greer and Willie Greer<br><br>**Plaintiff,**<br><br>v.<br><br>All Successors-In-Interest and Assigns, Known or Unknown, of WASHINGTON MUTUAL BANK;<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset Backed Certificates, Series 2006-9, or Successor(s)-In Intrest,<br><br>Defendants | FILED<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS<br><br>OCT 0 6 2020<br><br>BY<br>DEPUTY _____<br><br>Civil Action No. 9:20-cv-00118 |

## MOTION OF OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

PLEASE TAKE NOTICE that on October 6, 2020 Plaintiff BRIAN SMITH individually and as an heir and personal representative of the estates of Mary Greer and Willie Greer.

I am adding new evidence to the case <u>Exhibit A</u> attached.

Respectfully submitted,

By: s/ Brian Smith
510 Ross Graves Dr.
Timpson, TX 75975
Telephone: (936) 244-0616
Email: timpson811@gmail.com
Plantiff/Pro,se

Plaintiffs Pro,se

Signed by: _____

## Certificate of service

This is to certify that October 6, 2020 a true and correct copy of the forgoing documents has been furnished to all parties in accordance with Federal Rules Of Civil Procedures.

# Exhibit A

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Ruth R. Hughs
Secretary of State



# Office of the Secretary of State

## Certificate of Fact

The undersigned, as Secretary of State of Texas, hereby certifies that a diligent search of the records of this office was performed on the name Deutsche Bank National Trust Company. It is further certified that the search revealed the following:

- There is no record of a domestic corporation, professional corporation, professional association, limited partnership, limited liability partnership, or limited liability company by the name searched.
- There is no record of a foreign corporation, professional corporation, professional association, limited partnership, limited liability partnership, limited liability company, business trust, real estate investment trust, or other foreign filing entity with a registration to transact business by the name searched.
- There is no record of an out-of-state financial institution registration by the name searched.
- There is no record of an assumed name certificate on file by the name searched.
- There is no record to indicate that a designation of agent for service of process is on file for a Texas financial institution, unincorporated nonprofit association, or a defense base development authority by the name searched.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on October 02, 2020.



Ruth R. Hughs
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555　　　Fax: (512) 463-5709　　　Dial: 7-1-1 for Relay Services
Prepared by: Deborah Rogers　　TID: 10256　　　Document: 999653560002